# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| RUSTY GOLD HYDRO-TESTERS, INC. | ) Case No. 20-12629-MER |
| dba Catamount Oilfield Services | ) |
| EIN: 26-2676286 | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

## DEBTOR'S MOTION TO CONVERT CASE
## FROM CHAPTER 11 TO A CASE UNDER CHAPTER 7

COMES NOW Rusty Gold Hydro-Testers, Inc. dba Catamount Oilfield Services, ("Debtor"), by and through its counsel, for this Debtor's Motion to Convert Case From Chapter 11 to a Case under Chapter 7 ("Motion") states as follows:

1. The Debtor filed for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on April 16, 2020 and is operating as a debtor-in-possession.

2. On October 26, 2020, the Debtor filed "Debtor's Plan of Liquidation" and the "Disclosure Statement for Debtor's Plan of Liquidation" on November 2, 2020. The Debtor's Plan provides for an orderly liquidation of the Debtor's assets and payment to its creditors.

3. On November 2, 2020, the Official Committee of Unsecured Creditors' ("Creditors' Committee") filed a motion to convert this case to a Chapter 7. The Debtor opposed this motion and believes that a more economic, timely, and efficient manner to liquidate the Debtor's assets and pay creditors would be through the Chapter 11 process.

4. The Creditor's Committee as well as some other creditors on the committee and a creditor involved in litigation with the Debtor filed objections to the Debtor's Plan. Instead of having a liquidating trustee as set forth in the Debtor's Plan or a Chapter 11 Trustee appointed,

they insisted on conversion of this case to Chapter 7.

5. After consultation with the Counsel for the Creditors' Committee as well as other creditors, it is clear the Debtor would not get the support or votes necessary to confirm its Plan.

6. The Debtor has decided it is therefore in the best interest of the creditors and the Bankruptcy Estate that it convert this case to Chapter 7 pursuant to 11 U.S.C. §1112(a) of the Bankruptcy Code.

7. Given pending litigation, the Court has directed that this motion be sent on a 14-day notice in which to file objections.

WHEREFORE, the Debtor requests that the Court enter an Order converting this case to a case under Chapter 7 of the Bankruptcy Code, and for such other relief as the Court deems just and proper.

DATED this 15th day of December 2020.   Respectfully submitted,

**BUECHLER LAW OFFICE, L.L.C.**

*/s/ David M. Rich*
David M. Rich #15211
999 18th Street, Suite 1230-S
Denver, Colorado 80202
(720) 381-0045 / (720) 381-0382 FAX
Dave@KJBlawoffice.com

*Attorneys for Rusty Gold Hydro-Testers, Inc.*