# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| RUSTY GOLD HYDROTESTERS, INC. ) <br> d/b/a CATAMOUNT OILFIELD SERV ) <br> xx-xxxxx86 ) <br> ) <br> Debtor. ) <br> ) | Case # 20-12629 MER <br><br> Chapter 7 |

## TRUSTEE'S APPLICATION TO EMPLOY JOE KRAHN, CUSHMAN & WAKEFIELD, US, INC, AS LISTING AGENT/BROKER FOR SALE OF REAL ESTATE

M. Stephen Peters, chapter 7 trustee submits this *Trustee' Application to Employ one Joe Krahn, Cushman & Wakefield, US, Inc. "Joe Krahn, C&W" as Listing Agent/Broker under an exclusive agency listing agreement to aid the Trustee in the sale of Real Estate,* and in support thereof state as follows:

1. The Debtor filed a filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on April 16, 2020, Case No. 20-12629 MER (the "Bankruptcy Case"). The Debtor's Bankruptcy case was converted to a case under Chapter 7 on January 4, 2021 and the undersigned trustee was appointed and currently is the Chapter 7 Trustee for the Debtor's case.

2. M. Stephen Peters is the duly appointed chapter 7 trustee ("Trustee") of the Bankruptcy Estate of the Debtor.

3. Property of the estate includes real estate described as 16185 CR. 20 Fort Morgan CO, 80701, which consists of approximately 44 acres of vacant land, including 2 steel and masonry buildings of approximately 6800 square feet and 1200 square feet respectively, located in the NE corner of the vacant land. (such vacant land and buildings collectively referred to as the "Real Estate").

4. The Trustee desires to employ Joe Krahn C&W to act as the Real Estate sales agent/broker for the sale of the Real Estate for the Bankruptcy estate under a listing contract (the "Listing Contract") attached hereto marked as Exhibit A.

5. Joe Krahn C&W is available, ready and willing to provide the necessary services to aid the Bankruptcy Estate in the sale of the Real Estate.

6. The Trustee has agreed that Joe Krahn C&W will have the exclusive right to act as the Trustee's agent for the sale of the Real Estate during the term of the Listing Contract commencing on May 4, 2022,and ending on Feb 3, 2023 (subject to the 30 day automatic

extension) as further set forth in the Listing Contract. Subject to this Court's approval, the parties have agreed that the commission payable by the Bankruptcy Estate to Joe Krahn C&W will be a commission of 5% of the gross sales price of the Real Estate, in the event Joe Krahn C&W procures a buyer for the Real Estate. In the event that another or outside broker procures the purchaser of the Real Estate, including other brokers of C&W, then, a 7% commission based on the gross sales price of the Real Estate shall be payable by the Bankruptcy Estate out of which Joe Krahn C&W will pay to such other broker an equitable portion (but not more than half of such 7% commission) and Joe Krahn C&W shall retain the balance. Any commission from the sale of the Real Estate shall be earned only on the closing of the sale of the Real Estate and shall not be paid without prior application to and approval by the Court.

7. Joe Krahn C&W has inspect the Real Estate and evaluated the Real Estate, and has recommended a proposed listing price for the sale of the Real Estate of $1,750,000, as explained in Report of valuation attached hereto as Exhibit B, which listing price the Trustee believes is reasonable. The Trustee believes that Joe Krahn C&W is experienced and competent to represent the Trustee in connection with the sale of the Real Estate. Attached as Exhibit C is the curriculum vitae of Joe Krahn C&W.

8. Attached hereto marked as Exhibit D, is the Affidavit of disinterestedness that shows neither Joe Krahn C&W, nor C&W hold any interest adverse to the Bankruptcy Estate, nor any party in interest and has no connection with the Bankruptcy Estate, the Debtor, creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee's Office, or any person employed in the office of the U.S. Trustee. Furthermore, neither Joe Krahn, C&W nor C&W nor any employee of its office has any connection with the Debtor, the creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee's office, or any employee of the Office of the United States Trustee

9. The Trustee asserts the employment of Joe Krahn, C&W to represent and assist the Trustee in connection with the marketing and sale of the Real Estate under the terms of the Listing Contract is in the best interests of the Bankruptcy Estate and the commission terms set forth in the Listing Contract are reasonable. The Trustee believes the Real Estate is free of liens other than tax and similar liens. After payment of any liens, broker's commissions, and ordinary and customary closing costs, the Trustee believe there will be material equity in the Real Estate that will result in a meaningful distribution of such equity to creditors of the Bankruptcy Estate.

10. If a buyer is found during the term of the Listing Agreement, Trustee will make application to this Court for authority to sell the Real Estate.

11. Trustee requests that the Court approve this application effective May 5, 2022, the date this application was filed, pursuant to L.B.R. 2014-1(c).

**WHEREFORE**, Trustee respectfully request that the Court approve this application effective as of the date of filing this Application and for such other and further relief as deemed proper.

3

Dated this 6TH day of May, 2022

                                                   Respectfully Submitted

                                                   */s/ M. Stephen Peters*

M. Stephen Peters
Chapter 7 Trustee
P.O. Box 4610
Frisco, CO 80443
(303) 422-8501
Email: peters@,msplaw.org